1146

No. 10–7131. THOMPSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–7132. SANCHEZ v. HAYNES, SUPERINTENDENT, WARREN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–7133. CALLAHAN v. DIGGS, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 10–7135. SIKANDER v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–7140. EDWARDS v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7142. DELK v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 10–7146. GONZALES GARCIA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7147. GRAY v. MARYLAND. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 10–7148. GOLD v. SCHUETTE. C. A. 9th Cir. Certiorari denied.

No. 10–7151. GIBSON v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7154. GONZALES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–7155. HOPKINS v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7158. STONE v. STENZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7161. WASHINGTON v. PROVINCE, WARDEN. C. A. 10th Cir. Certiorari denied.